B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sheppard, Patrick J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-4771** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**17720 Gulf Blvd. #400**<br>**Saint Petersburg, FL**<br><div align="right">ZIP Code<br>**33708**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

#### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Sheppard, Patrick J** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X   /s/ William T. Bonner, Esq.            December 22, 2009** <br> Signature of Attorney for Debtor(s)                    (Date) <br> **William T. Bonner, Esq. 0662720** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sheppard, Patrick J** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Patrick J Sheppard**
Signature of Debtor  **Patrick J Sheppard**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 22, 2009**
Date

**Signature of Attorney***

X **/s/ William T. Bonner, Esq.**
Signature of Attorney for Debtor(s)

**William T. Bonner, Esq. 0662720**
Printed Name of Attorney for Debtor(s)

**B&B Law Group**
Firm Name

**280 Crystal Grove Blvd.**
**Lutz, FL 33548**

_____
Address

**813-949-6008**
Telephone Number

**December 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Patrick J Sheppard** _____    Case No. _____

                                           Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                      Page 2

□Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□Active military duty in a military combat zone.

□5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Patrick J Sheppard**
                      **Patrick J Sheppard**

Date:  **December 22, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Patrick J Sheppard**                                                                    ,        Case No. _____

                                            Debtor

                                                                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 835,000.00 | | |
| B - Personal Property | Yes | 4 | 113,066.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,562,017.96 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 42,792,489.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 1,250.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,151.00 |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| | | Total Assets | 948,066.00 | | |
| | | | Total Liabilities | 44,354,506.96 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Patrick J Sheppard**                                                                                    ,    Case No. _____
                                               Debtor
                                                                                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Patrick J Sheppard**                                                            ,          Case No. _____
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home**<br>**12147 Cordoba Beach Dr.**<br>**Tampa, FL** | **Fee simple** | - | **185,000.00** | **184,877.00** |
| **Single Family Home**<br>**362 Coquina Dr.**<br>**Tarpon Springs, FL 34689** | **Fee simple** | - | **330,000.00** | **656,810.48** |
| **Single Family Home**<br>**1182 Starfish Ln.**<br>**Tarpon Springs, FL 34689** | **Fee simple** | - | **320,000.00** | **690,364.48** |

|  | Sub-Total > | **835,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **835,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re     **Patrick J Sheppard**                                         ,     Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Regions Bank** | - | 315.00 |
| | | | **Checking Account US AmeriBank** | - | 50.00 |
| | | | **Checking & Savings Accounts Suncoast Schools FCU** | - | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Condo Deposit** | - | 1,750.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Family Room Furniture: Couch, (3) End-Tables, (2) Chairs, Lamp, and Cabinet ($350); Master Bedroom Furniture: Bed, Vanity, and (2) Lamps ($150); Home Office Furniture: Desk, Chair, and File Cabinet ($100); Dining Room Furniture: Table and (4) Chairs ($400); Home Electronics: (2) TVs, DVD Player, Stereo, Printer, and (2) Laptop Computers ($770); Hand and Power Tools ($50); Miscellaneous DVD/CDs ($100); and Other Miscellaneous Household Goods ($50).** | - | 1,970.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and Miscellaneous Artwork/Decorations.** | - | 200.00 |
| 6. | Wearing apparel. | | **Wardrobe: Clothes and Shoes** | - | 150.00 |
| 7. | Furs and jewelry. | | **Wedding Ring, (3) Watches, and Other Micellaneous Jewelry** | - | 100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Handgun, Fishing Equipment, Golf Clubs, Scuba Gear, and Camera** | - | 250.00 |

|  |  |  |
|---|---|---|
| | Sub-Total > | **4,885.00** |
| | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Patrick J Sheppard** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Universal Life Insurance** | - | **1,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **E-Trade Account** | - | **181.00** |
| | | **Three Old Men, LLC Manager/Member** | J | **0.00** |
| | | **Robel Bayview, LLC Member** | J | **0.00** |
| | | **Anclote Pointe Townhomes, LLC Member** | J | **0.00** |
| | | **Pinellas Marina, LLC Member** | J | **0.00** |
| | | **Marker Group, LLC Member** | - | **85,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **86,181.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Patrick J Sheppard**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **2009 Tax Refund** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyright- Outline for Screenplay** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Infiniti FX 35 28,000 Miles** | - | **22,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >   **22,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Patrick J Sheppard**                                          ,         Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **113,066.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re     **Patrick J Sheppard**                                                    ,     Case No. _____
                                                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **Fla. Stat. Ann. § 222.11(2)(c)** | **Unknown** | **315.00** |
| **Regions Bank** | **Fla. Stat. Ann. § 222.25(4)** | **199.00** | |
| **Checking Account** | **Fla. Stat. Ann. § 222.11(2)(c)** | **Unknown** | **50.00** |
| **US AmeriBank** | **Fla. Stat. Ann. § 222.25(4)** | **50.00** | |
| **Checking & Savings Accounts** | **Fla. Stat. Ann. § 222.25(4)** | **50.00** | **50.00** |
| **Suncoast Schools FCU** | **Fla. Stat. Ann. § 222.11(2)(c)** | **Unknown** | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Condo Deposit** | **Fla. Stat. Ann. § 222.25(4)** | **1,750.00** | **1,750.00** |
| **Household Goods and Furnishings** | | | |
| **Family Room Furniture: Couch, (3) End-Tables,** | **Fla. Const. art. X, § 4(a)(2)** | **1,000.00** | **1,970.00** |
| **(2) Chairs, Lamp, and Cabinet ($350);** | **Fla. Stat. Ann. § 222.25(4)** | **970.00** | |
| **Master Bedroom Furniture: Bed, Vanity, and (2)** | | | |
| **Lamps ($150);** | | | |
| **Home Office Furniture: Desk, Chair, and File** | | | |
| **Cabinet ($100);** | | | |
| **Dining Room Furniture: Table and (4) Chairs** | | | |
| **($400);** | | | |
| **Home Electronics: (2) TVs, DVD Player, Stereo,** | | | |
| **Printer, and (2) Laptop Computers ($770);** | | | |
| **Hand and Power Tools ($50);** | | | |
| **Miscellaneous DVD/CDs ($100); and** | | | |
| **Other Miscellaneous Household Goods ($50).** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books and Miscellaneous Artwork/Decorations.** | **Fla. Stat. Ann. § 222.25(4)** | **200.00** | **200.00** |
| **Wearing Apparel** | | | |
| **Wardrobe: Clothes and Shoes** | **Fla. Stat. Ann. § 222.25(4)** | **150.00** | **150.00** |
| **Furs and Jewelry** | | | |
| **Wedding Ring, (3) Watches, and Other** | **Fla. Stat. Ann. § 222.25(4)** | **100.00** | **100.00** |
| **Micellaneous Jewelry** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Handgun, Fishing Equipment, Golf Clubs,** | **Fla. Stat. Ann. § 222.25(4)** | **250.00** | **250.00** |
| **Scuba Gear, and Camera** | | | |
| **Interests in Insurance Policies** | | | |
| **Universal Life Insurance** | **Fla. Stat. Ann. § 222.14** | **1,000.00** | **1,000.00** |
| **Stock and Interests in Businesses** | | | |
| **E-Trade Account** | **Fla. Stat. Ann. § 222.25(4)** | **181.00** | **181.00** |
| | | Total: **5,900.00** | **6,016.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Patrick J Sheppard**                                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Statutory Lien | | | | | |
| **Anclote Point Townhomes HOA c/o Ronald E. Cotterhill PO Box 172727 Tampa, FL 33672-0727** | | | **Single Family Home 362 Coquina Dr. Tarpon Springs, FL 34689** | | | | | |
| | | | Value $           **330,000.00** | | | | **4,823.48** | **0.00** |
| Account No. | | | Statutory Lien | | | | | |
| **Anclote Point Townhomes HOA c/o Ronald E. Cotterhill PO Box 172727 Tampa, FL 33672-0727** | | | **Single Family Home 1182 Starfish Ln. Tarpon Springs, FL 34689** | | | | | |
| | | | Value $           **320,000.00** | | | | **4,823.48** | **0.00** |
| Account No. xxxxxxxxx4566 | | | **Opened 12/07/05  Last Active 10/01/08** | | | | | |
| **Colonial Bank 32 Commerce St Montgomery, AL 36104** | | - | **First Mortgage Single Family Home 12147 Cordoba Beach Dr. Tampa, FL** | | | | | |
| | | | Value $           **185,000.00** | | | | **168,000.00** | **0.00** |
| Account No. | | | Statutory Lien | | | | | |
| **Cordoba at Beach Park COA c/o Paul T. Hinckley 150 N. Westmonte Drive Altamonte Springs, FL 32714** | | - | **Single Family Home 12147 Cordoba Beach Dr. Tampa, FL** | | | | | |
| | | | Value $           **185,000.00** | | | | **5,477.00** | **0.00** |
| __2__   continuation sheets attached | | | Subtotal (Total of this page) | | | | **183,123.96** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __**Patrick J Sheppard**_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Common Law Lien | | | | | |
| Diane Nelson, CFC Pinellas Co Tax Collector PO Box 1729 Clearwater, FL 33757 | | - | | | Single Family Home 1182 Starfish Ln. Tarpon Springs, FL 34689 | | | | | |
| | | | | | Value $          320,000.00 | | | | 14,351.00 | 0.00 |
| Account No. | | | | | Common Law Lien | | | | | |
| Diane Nelson, CFC Pinellas Co Tax Collector PO Box 1729 Clearwater, FL 33757 | | | | | Single Family Home 362 Coquina Dr. Tarpon Springs, FL 34689 | | | | | |
| | | | | | Value $          330,000.00 | | | | 6,527.00 | 0.00 |
| Account No. | | | | | Common Law Lien | | | | | |
| Doug Beldon Tax Collector 2506 Falkenburg Road Tampa, FL 33619 | | | | | Single Family Home 12147 Cordoba Beach Dr. Tampa, FL | | | | | |
| | | | | | Value $          185,000.00 | | | | 11,400.00 | 0.00 |
| Account No. xxxxx9324 | | | | | Opened 9/28/07 Last Active 5/14/08 | | | | | |
| Fifth Third Bank 38 Fountain Square Plz Cincinnati, OH 45202 | | - | | | Mortgage Single Family Home 1182 Starfish Ln. Tarpon Springs, FL 34689 | | | | | |
| | | | | | Value $          320,000.00 | | | | 671,190.00 | 370,364.48 |
| Account No. xxxxx2387 | | | | | Opened 9/28/07 Last Active 1/01/09 | | | | | |
| Fifth Third Bank 38 Fountain Square Plz Cincinnati, OH 45202 | | - | | | Mortgage Single Family Home 362 Coquina Dr. Tarpon Springs, FL 34689 | | | | | |
| | | | | | Value $          330,000.00 | | | | 645,460.00 | 326,810.48 |

Sheet __**1**___ of __**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,348,928.00 | 697,174.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                                                     ,    Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxxxxx0001** | | | | Opened 5/09/08 Last Active 9/01/09 | | | | | |
| **Infiniti Fin Svcs** **990 W 190th St** **Torrance, CA 90502** | - | | | **Purchase Money Security** **2008 Infiniti FX 35** **28,000 Miles** | | | | | |
| | | | | Value $                22,000.00 | | | | 29,966.00 | 7,966.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 29,966.00 | 7,966.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 1,562,017.96 | 705,140.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Patrick J Sheppard**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Patrick J Sheppard**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ADAJA Properties, LLC Attn: Don Baruch 218 E. Bearss Ave. Suite 405 Tampa, FL 33613 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Adele Yunger 6411 E. McLaurin Dr. Tampa, FL 33647 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Alan Bridges 371 Channelside Walkway Dr. #1902 Tampa, FL 33602 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Alex Petro 2785 Bayside Dr. S. Saint Petersburg, FL 33705 | - | | | X | X | X | Unknown |

__43__ continuation sheets attached

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:37827-091120    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alfredo Miguel 1820 10th St. West Kirkland, WA 98033 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Alton Rodgers 3435 Bayshore Blvd. # 1701S Tampa, FL 33611 | - | | | | X | X | X | Unknown |
| Account No. -xxxxxxxxxxxx7033 | | | | Opened 4/19/99 Last Active 2/09/09 ChargeAccount | | | | |
| Amex Po Box 297871 Fort Lauderdale, FL 33329 | - | | | | | | | 11,186.00 |
| Account No. x2002 | | | | ChargeAccount | | | | |
| Amex Po Box 981535 El Paso, TX 79998-1535 | - | | | | | | | 17,775.00 |
| Account No. | | | | | | | | |
| Antonio Tarver 4701 Rue Bordeaux Lutz, FL 33558 | - | | | | X | X | X | Unknown |

Sheet no. __1__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **28,961.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Patrick J Sheppard** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **April Hollis** 2626 Barcelona Dr. Fort Lauderdale, FL 33301 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Arroyo Holdings, LLC** Attn: Ilan Brand 2914 E. Katella Ave. Suite 204 Orange, CA 92867 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Ashley Moody** 13A Federal Court House 801 N. Florida Ave. Tampa, FL 33602 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Services | | | | |
| **Avid Engineering, Inc.** 2300 Curlew Road Suite 100 Palm Harbor, FL 34683 | X | J | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Barrett Smith** 315 Plant Ave. Tampa, FL 33606 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __2__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard__ _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| BB Lyons, Trump Tower, LLC Gregory L. Greshman PO Box 1029 Lutz, FL 33548 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Becker & Poliakoff, PA PO Box 9057 Fort Lauderdale, FL 33310-9057 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Benjamin P. Benvenuti 3507 Bayshore Blvd. # 1702 Tampa, FL 33629 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Benjamin P. Benvenuti 404 Laurel Park Place Seffner, FL 33584 | - | | | | X | X | X | Unknown |
| Account No. | | | | Breach of Contract/ Indebtedness Lawsuit | | | | |
| Bettmar, Inc. c/o Theo J. Karaphillis 1253 Park Street Clearwater, FL 33756 | J | | | | X | X | X | Unknown |

Sheet no. __3__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Bill Muir** **20110 Gulf Blvd. #1005** **Indian Rocks Beach, FL 33785** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Boiler Enterprises Florida,** **Attn: Michael Alstott** **7800 9th Ave. S.** **Saint Petersburg, FL 33707** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Brooke & Laney, LLC** **Attn: Huey Floyd** **8309 Vallejo Place** **Tampa, FL 33614** | - | | | | X | X | X | Unknown |
| Account No. | | | | Breach of Contract/ Indebtedness Lawsuit | | | | |
| **Bryon Wolf** **c/o Thomas G. Long** **601 Bayshore Blvd.** **#700** **Tampa, FL 33606-2756** | J | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **BST Investments** **Attn: Betsy Trimble** **6161 N. Berkeley Blvd.** **Milwaukee, WI 53217** | - | | | | X | X | X | Unknown |

Sheet no. __4___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2034** <br><br> **Bureau Of Collection R** <br> **7575 Corporate Way** <br> **Eden Prairie, MN 55344** | - | | **Opened 6/23/09 Last Active 1/01/09** <br> **Collection At T Mobility** | | | | **212.00** |
| Account No. <br><br> **Burge Holdings** <br> **Attn: Allena Burge** <br> **3387 Crescent Oaks Blvd.** <br> **Tarpon Springs, FL 34688** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **Carmen Inclan** <br> **4511 Longfellow** <br> **Tampa, FL 33629** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **Carpets by French, Inc.** <br> **1007 N. Fort Harrison Avenue** <br> **Clearwater, FL 33755** | - | | | | | | **Unknown** |
| Account No. <br><br> **Case Atlantic Company** <br> **1130 Annapolis Road** <br> **2nd Floor** <br> **Odenton, MD 21113** | - | | | | | | **Unknown** |

Sheet no. __5__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**212.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard__ _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Catherine E. Gouze <br> 345 Bayshore Blvd. #1208 <br> Tampa, FL 33606 | - | | | | X | X | X | Unknown |
| Account No. <br><br> Charlene Shink <br> 12536 Highview Dr. <br> Jacksonville, FL 32225 | - | | | | X | X | X | Unknown |
| Account No. xxxxxxxx2002 <br><br> Chase <br> Po Box 15298 <br> Wilmington, DE 19850-5298 | - | | | Opened 12/03/96  Last Active  9/01/09 <br> ChargeAccount | | | | 3,516.00 |
| Account No. <br><br> Cheri Rodgers Jaensch <br> 4195 S. Shade Ave. <br> Sarasota, FL 34231 | - | | | | X | X | X | Unknown |
| Account No. <br><br> Chidi Ahanotu <br> 2614 Sylvan Ramble Ct. <br> Wesley Chapel, FL 33543 | - | | | | X | X | X | Unknown |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,516.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Chidi Ahanotu 1000 South Harbour Island Bl #2611 Tampa, FL 33602 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Christopher T. O'Brien 5910 Cherry Oak Dr. Valrico, FL 33594 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| City of Tampa 107 N. Franklin St. Tampa, FL 33602 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Clifford Williams 10744 Cory Lake Drive Tampa, FL 33647 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Clips, LLC Attn: Richard Collins 12010 Marblehead Dr. Tampa, FL 33626 | - | | | | X | X | X | Unknown |

Sheet no. __7__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Sheppard**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Commercial Loan to Anclote Point, LLC | | | | |
| Colonial Bank PO Box 2910 Largo, FL 33779 | X | J | | | X | | 350,000.00 |
| Account No. | | | Mortgage on 205 Brightwater Drive $301, Clearwaterm Fl 33767 | | | | |
| Colonial Bank PO Box 2910 Largo, FL 33779 | X | J | | | X | | Unknown |
| Account No. | | | | | | | |
| Construction Srvcs Florida 1112 Pinehurst Road Tarpon Springs, FL 34689 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Craig Barclay 430 Morton Plant Street Clearwater, FL 33756 | - | | | | | X | Unknown |
| Account No. **xxx6 001** | | | Services | | | | |
| Daily & Tsagaris, PA 2555 Enterprise Road Suite 10 Clearwater, FL 33763 | X | J | | X | | X | Unknown |

Sheet no. __8__ of __43__ sheets attached to Schedule of           Subtotal                    350,000.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Sheppard** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Allen Brown** <br> **4375 Bridgehaven Dr.** <br> **Smyrna, GA 30080** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **David Hooks** <br> **1701 Golf View Drive** <br> **Clearwater, FL 33756** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **David J. Kim** <br> **535 Harbor Dr. N.** <br> **Indian Rocks Beach, FL 33785** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **Deborah E. Rodgers** <br> **3435 Bayshore Blvd. #1701S** <br> **Tampa, FL 33611** | - | | | X | X | X | **Unknown** |
| Account No. <br><br> **Decks & Docks** <br> **1281 Court Street** <br> **Clearwater, FL 33756** | - | | | | | | **Unknown** |

Sheet no. __**9**__ of __**43**__ sheets attached to Schedule of                     Subtotal                     | **0.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Dennis Crum 12038 Hunting Crest Prospect, KY 40059 | | - | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Digital Lightbridge, LLC 11902 Little Rd. New Port Richey, FL 34654 | | - | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Don's Cabinets & Woodworking d/b/a General Cabinets of Pasco County 15801 Archer Street Hudson, FL 34667 | X | J | | | X | | X | Unknown |
| Account No. | | | | Settlement Agreement | | | | |
| Donald J. Trump 725 Fifth Avenue New York, NY 10022 | X | J | | | | | | 2,130,454.00 |
| Account No. | | | | | | | | |
| Douglas J. Rhoten 12038 Hunting Crest Prospect, KY 40059 | | - | | | X | X | X | Unknown |

Sheet no. __10__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,130,454.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Sheppard**
_____ ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Driggers Engineering Service 12220 49th Street N. Clearwater, FL 33762 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Dwight John Halligan 2614 Sylvan Ramble Ct. Wesley Chapel, FL 33543 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Eden Lane Properties 12713 Hunting Horn Court Potomac, MD 20854 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Edward Proefke PO Box 1215 Dunedin, FL 34698 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Elaine Lucadano 17400 Gulf Blvd. Suite C-4 Saint Petersburg, FL 33708 | - | | | | X | X | X | Unknown |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Elizabeth Heyaime-King** **14984 SW 40th St.** **Fort Lauderdale, FL 33331** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Ellen Strahlman** **One River Place Apt 2612** **New York, NY 10036** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Eric Panico** **14768 San Marsala Ct.** **Tampa, FL 33626** | | - | | X | X | X | Unknown |
| Account No. | | | **Breach of Contract/ Indebtedness Lawsuit** | | | | |
| **Ernest Smith** **c/o Jospeh Thresher** **400 North Tampa Street** **#1320** **Tampa, FL 33602** | | J | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **F & H Real Estate Inv. Group** **Attn: James B. Fine** **1359 80th St. S.** **Saint Petersburg, FL 33707** | | - | | X | X | X | Unknown |

Sheet no. __12__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **FG Johnson 1998 Trust** <br> **c/o Deana R. Goad, Trustee** <br> **5123 Virginia Way, Ste C-22** <br> **Brentwood, TN 37027** | - | | | | X | X | X | **Unknown** |
| Account No. **xxxxx6009** <br><br> **Fifth Third Bank** <br> **Fifth Third Center** <br> **Cincinnati, OH 45263** | - | | | Opened 5/11/05  Last Active  1/01/09 <br> **Single Family Home** <br> **854 Harbor Island** <br> **Clearwater Beach, FL 33767** <br> **2nd Mortgage/Short Sale** | | | | **296,561.00** |
| Account No. <br><br> **Fifth Third Bank** <br> **201 East Kennedy Blvd.** <br> **18th Floor** <br> **Tampa, FL 33602** | X | J | | **Commercial Loan to Pinellas Marina** | X | | | **33,750,000.00** |
| Account No. <br><br> **Fifth Third Bank** <br> **201 East Kennedy Blvd.** <br> **18th Floor** <br> **Tampa, FL 33602** | X | J | | **Commercial Loan to Robel Bayview LLC** | X | | | **4,300,000.00** |
| Account No. <br><br> **Finke Brother, Inc.** <br> **360 La Hacienda Dr.** <br> **Indian Rocks Beach, FL 33785** | - | | | | X | X | X | **Unknown** |

Sheet no. __13__ of __43__ sheets attached to Schedule of              Subtotal              | **38,346,561.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard**
                                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2602**<br><br>**First Commercial Bank of Tampa Bay**<br>**Loan Dept.**<br>**4600 W. Kennedy Blvd.**<br>**Tampa, FL 33609** | X | - | **Commercial Loan** | | | | 124,250.00 |
| Account No.<br><br>**Fisher & Associates**<br>**2315 Belleair Road**<br>**Clearwater, FL 33764** | | - | | | | | Unknown |
| Account No.<br><br>**Frank Burkett**<br>**3385 Old Keystone Rd.**<br>**Tarpon Springs, FL 34689** | | - | | X | X | X | Unknown |
| Account No.<br><br>**Frank Varollo, John Borelli, and Ronald Cunnignham**<br>**3637 Oak Rd.**<br>**Vineland, NJ 08360** | | - | | X | X | X | Unknown |
| Account No.<br><br>**Fred & Deana Goad**<br>**14 Carmel Lane**<br>**Brentwood, TN 37027** | | - | | X | X | X | Unknown |

Sheet no. __14__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

124,250.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Sheppard**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Fred & Deana Goad JTWRSS** **5123 Virginia Way** **Suite C-22** **Brentwood, TN 37027** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Gary Voytik** **3500 Willow Oak Circle** **Cleveland, TN 37312** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Geroge Galiouridis** **10744 Cory Lake Dr.** **Tampa, FL 33647** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Glenn Marconini Johnson** **14 Carmel Lane** **Brentwood, TN 37027** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Gregory P. Rodgers** **2118 Royal Fern Ct.** **Longwood, FL 32779** | - | | | X | X | X | **Unknown** |

Sheet no. __**15**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| H2O Front Investment, LLC 7700 W. Camino Real Suite 400 Boca Raton, FL 33433 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Hemvarnsgarden-Lemshaga Ingaro Sweden   13461 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Homes with Nancy, LLC Attn: Nancy Lyons 9530 94th Street Seminole, FL 33777 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Howard Howell 701 Spottis Woode Lane Clearwater, FL 33756 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Integrated Properties, LLC 150 153rd Ave. Suite 303 Saint Petersburg, FL 33708 | - | | | | X | X | X | Unknown |

Sheet no. **16** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard__ , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **B941** | | | | Services | | | | |
| Interiors by Sharman Belleair Bazar 2949 West Bay Drive Largo, FL 33770 | - | | | | | | | 8,602.00 |
| Account No. | | | | | | | | |
| James Domesek, M.D. 2626 Barcelona Dr. Fort Lauderdale, FL 33301 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| James Gardner 1955 Jefferson Davis Hwy Suite 201 Fredericksburg, VA 22401 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| James S. Moody III 13A Federal Court House 801 N. Florida Ave. Tampa, FL 33602 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| James S. Moody Jr. 13A Federal Court House 801 N. Florida Ave. Tampa, FL 33602 | - | | | | X | X | X | Unknown |

Sheet no. __17__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       8,602.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| James Slatton<br>2807 Old Bayshore Way<br>Tampa, FL 33611 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jay D.R. Magner<br>2121 Park Crescent Dr.<br>Land O Lakes, FL 34639 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jean Shahnasarian<br>3414 W. Linebaugh Ave.<br>Tampa, FL 33618 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jeff Italiano<br>3021 Swann Ave.<br>Tampa, FL 33609 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Breach of Contract/ Indebtedness Lawsuit | | | | |
| Jeffrey Barnett<br>c/o Tirso M. Carreja<br>501 E. Kennedy Blvd.<br>#1700<br>Tampa, FL 33602 | | J | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __18__ of __43__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Patrick J Sheppard** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jeffrey Conn Sr. 856 Saints Dr. Marietta, GA 30068 | - | | | | X | X | X | Unknown |
| Account No. | | | | PI Claim | | | | |
| Jeffrey Wechter c/o William Baumann 8601 4th Street N. #104 Saint Petersburg, FL 33702 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Jennwell Corp. 2830 Broadway Center Blvd. Brandon, FL 33510 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Jerry Barnett 1820 10th St. West Kirkland, WA 98033 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Jerry Wunsch 18 Sunset Bay Dr. Clearwater, FL 33756 | - | | | | X | X | X | Unknown |

Sheet no. __19__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jim Pyne Treal, LLC 265 Anne Marie Ct. Hinckley, OH 44233 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Joe Gazzo 2807 Old Bayshore Way Tampa, FL 33611 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Joe Shultz 12038 Hunting Crest Prospect, KY 40059 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| John Ahern 13105 Vanderbilt Dr. #803-4 Naples, FL 34110 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| John Disbrow 2807 Old Bayshore Way Tampa, FL 33611 | - | | | | X | X | X | Unknown |

Sheet no. __20__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard__ _____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| John Howell 8276 Sand Dollar Dr. Fort Collins, CO 80528 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| John Robbins 232 Maiden Ln. Durham, CT 06422 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| John Weaver 14984 SW 40th St. Fort Lauderdale, FL 33331 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jon Gazzo 2807 Old Bayshore Way Tampa, FL 33611 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Jose Inclan 7858 Prairie Cir. Littleton, CO 80124 | - | | | X | X | X | Unknown |

Sheet no. __21__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | | | | | |
| Joshua Halpern 6411 E. McLaurin Dr. Tampa, FL 33647 | - | | | X | X | X | Unknown |
| Account No. | | | Other Negligence Claim | | | | |
| Jugal & Manju Taneja c/o Constance W. Papas GrayRobinson, PA PO Box 3324 Tampa, FL 33601-3324 | | J | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Ken Dilger 10403 Windemere Carmel, IN 46032 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Kenneth Olipra 861 Harbour Island Clearwater Beach, FL 33767 | - | | | X | X | X | Unknown |
| Account No. | | | Settlement Agreement | | | | |
| Kevin Brodsky 3907 Bayshore Blvd. Tampa, FL 33611 | - | | | | | | 1,600,000.00 |

Sheet no. __22__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,600,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                                    , Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Laurence M. Millard 5910 Cherry Oak Dr. Valrico, FL 33594 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Leonard E. Rodgers 2118 Royal Fern Ct. Longwood, FL 32779 | - | | | | X | X | X | Unknown |
| Account No. xxxxxx8133 | | | | Line ofCredit | | | | |
| Liberty Bank PO Box 119 Clearwater, FL 33757 | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Liberty Newton Falls, Inc. Attn: Raxit N. Shah 4055 Belmont Ave. Youngstown, OH 44505 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Logan Mitchell 10744 Cory Lake Dr. Tampa, FL 33647 | - | | | | X | X | X | Unknown |

Sheet no. __23__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    100,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Louis Ricci Jr, Joe Schultz, and NLR T, LLC 3982 County Hwy 30A West Seminole, FL 33776 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| LR Penny Associates, Inc. 10730 102nd Avenue North Saint Petersburg, FL 33708 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| MAC Realty Investment 118 Rolling Hill Rd. Skillman, NJ 08558 | - | | | | X | X | X | Unknown |
| Account No. | | | | Attorney Fees | | | | |
| MacFarlane, Fergusson & McMu 625 Court Street Clearwater, FL 33756 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mandeep Taneja 6950 Bryan Dairy Rd Seminole, FL 33777 | - | | | | X | X | X | Unknown |

Sheet no. __24__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Market Hooks, Inc. 501 S. Ft. Harrison Ave. Suite 212 Clearwater, FL 33756 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Martha Alexander 18911 Lakes Edge Way Odessa, FL 33556 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Mary Ann Stiles 315 Plant Ave. Tampa, FL 33606 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Matt Geiger 3385 Old Keystone Rd. Tarpon Springs, FL 34689 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Matt Stinchcomb 3206 W. San Jose St. Tampa, FL 33629 | - | | | X | X | X | Unknown |

Sheet no. __25__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                        ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Michael D. Dinkel<br>17619 Deer Isle Cir.<br>Winter Garden, FL 34787 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Michael Shahnasarian<br>3414 W. Linebaugh Ave.<br>Tampa, FL 33618 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Michael Sheeks<br>c/o Larry Crow, Esq.<br>1247 S. Pinellas Ave<br>Tarpon Springs, FL 34689 | - | | | | | | Unknown |
| Account No. | | | Breach of Contract/ Indebtedness  Lawsuit | | | | |
| Mid-Continent Casualty Co<br>c/o Bruce Schiller<br>5944 Coral Ridge Dr.<br>#208<br>Pompano Beach, FL 33076 | J | | | X | X | X | Unknown |
| Account No. | | | Breach of Contract/ Indebtedness  Lawsuit | | | | |
| Miguel Alfredo<br>c/o Tirso Carreja<br>501 E. Kennedy Blvd.<br>#1700<br>Tampa, FL 33602 | J | | | X | X | X | Unknown |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mike O'Hara 1370 Gulf Blvd. #504 Clearwater Beach, FL 33767 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| MOREYA Najeeba Khan 462 NW Lake Valley Terrace Lake City, FL 32055 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs Todd Yoder 1580 Beach Ave. Atlantic Beach, FL 32233 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Art P. Caruso 5713 E. Longboat Blvd. Tampa, FL 33615 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Art P. Caruso 5713 E. Longboat Blvd. Tampa, FL 33615 | - | | | | X | X | X | Unknown |

Sheet no. __27__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mr. & Mrs. Gerald R. Palmer 7906 Frost Crystal Ct. Fairfax Station, VA 22039 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. James R. Frederic 408 South Banana River Rd. Cocoa Beach, FL 32931 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Jay McLaughlin 1098 Savage St. Southington, CT 06489 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Jugal K. Taneja 6950 Brian Dairy Rd. Seminole, FL 33777 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Mr. & Mrs. Mandeep Taneja 12399 Belcher Rd. S. #140 Largo, FL 33773 | - | | | | X | X | X | Unknown |

Sheet no. __28__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Patrick J Sheppard** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mr. & Mrs. Monte Kiffin** **16200 Gulf Blvd.** **Saint Petersburg, FL 33708** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Mr. & Mrs. P.K. Paul** **11447 Royal Dr.** **Brooksville, FL 34601** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Mr. & Mrs. Pete Pierson** **19130 Beckette Dr.** **Odessa, FL 33556** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Mr. & Mrs. Steve Aaron** **8820 N. Lake Dasha Dr.** **Fort Lauderdale, FL 33324** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Mr. & Mrs. Wes McCleod** **19012 Chemille Dr.** **Lutz, FL 33558** | - | | | | X | X | X | **Unknown** |

Sheet no. __29__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Mr. & Mrs. William A. Gillen**<br>**3507 Bayshore Blvd. #902**<br>**Tampa, FL 33629** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mr. and Mrs. John R. Vento**<br>**12925 Castlemain Drive**<br>**Tampa, FL 33626** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Naik Family Limited Ptrsp**<br>**407 Saint Andrews Dr.**<br>**Clearwater, FL 33756** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Najeeba Khan**<br>**462 NW Lake Valley Terr**<br>**Lake City, FL 32055** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx7479** | | | | | | | | |
| **Nothern Trust, NA**<br>**525 Indian Rocks Road**<br>**Largo, FL 33770-2015** | - | | | | | | | |
| | | | | | | | | **75,000.00** |

Sheet no. __**30**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services | | | | |
| Nu-Air Manufacturing Co. Inc PO Box 15436 Tampa, FL 33684 | X | J | | | X | | | 12,972.00 |
| Account No. | | | | Services | | | | |
| Paramount Plumbing by Design 13475 Chambord Street Brooksville, FL 34613 | X | J | | | X | | X | Unknown |
| Account No. | | | | | | | | |
| Patricia Gonzalez 1955 Jefferson Davis Hwy. Suite 201 Fredericksburg, VA 22401 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Patricia Moody 13A Federal Court House 801 N. Florida Ave. Tampa, FL 33602 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Patrick Rodgers 4195 S. Shade Ave. Sarasota, FL 34231 | - | | | | X | X | X | Unknown |

Sheet no. __31__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 12,972.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard**                                                                    ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Paul Sorbera 380 Lexington Ave. New York, NY 10168 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Peter Defreitas 1551 NW 82nd Ave. Suite 246-442 Miami, FL 33126 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Poodles Limited Ptnrshp Attn: Alan Gassman 1245 Court St. # 102 Clearwater, FL 33756 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Punit R. Shah 5901 Sun Blvd. Suite 104 Saint Petersburg, FL 33715 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Redington Shores Estates Development Co. Attn: Stephen J. Page/Mgr 20001 Gulf Blvd. Suite 5 Indian Rocks Beach, FL 33785 | - | | | X | X | X | Unknown |

Sheet no. __32__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ricky Hutcheson 3500 Willow Oak Cir. Cleveland, TN 37312 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robel/Bayview, LLC 701 Spottis Woode Lane Clearwater, FL 33756 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Robert G. Hisaoka 1175 Orlo Dr. Mc Lean, VA 22102 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert Gesmeyer 3507 Bayshore Blvd. #1702 Tampa, FL 33629 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Robert Hisaoka 1175 Orlo Drive Mc Lean, VA 22102 | - | | | | X | X | X | Unknown |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                                                                    , Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Robert Lyons** **1490 Donegan Rd** **Largo, FL 33779** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Robin Howell** **701 Spottis Woode Lane** **Clearwater, FL 33756** | - | | | | | | Unknown |
| Account No. | | | Breach of Contract/ Indebtedness  Lawsuit | | | | |
| **Ron Yutrenka** **c/o Tirso Carreja** **501 E. Kennedy Blvd.** **#1700** **Tampa, FL 33602** | J | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Ron Yutrzerka** **1820 10th St. West** **Kirkland, WA 98033** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Rosanna Schanne** **232 Maiden Ln.** **Durham, CT 06422** | - | | | X | X | X | Unknown |

Sheet no. __34__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Patrick J Sheppard**                                                    , Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RPI Media**<br>**265 Racine Dr.**<br>**Suite 201**<br>**Wilmington, NC 28403** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Rudolph Alexander**<br>**18911 Lakes Edge Way**<br>**Odessa, FL 33556** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Ryan Hooks**<br>**856 Saints Dr.**<br>**Marietta, GA 30068** | - | | | X | X | X | Unknown |
| Account No.<br><br>**S & E Properties, LLC**<br>**Attn: Stephan J. Page/ Mgr**<br>**20001 Gulf Blvd. # 5**<br>**Indian Rocks Beach, FL 33785** | - | | | X | X | X | Unknown |
| Account No.<br><br>**Schultz & NLR, TLLC**<br>**5 Grand Ave.**<br>**Santa Rosa Beach, FL 32459** | - | | | X | X | X | Unknown |

Sheet no. **35** of **43** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Patrick J Sheppard** _____,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Schweitzer Family LTD Ptrsp 208 Driftwood Ln. Largo, FL 33770** | - | | | | X | X | X | Unknown |
| Account No. | | | | Breach of Contract/ Indebtedness Lawsuit | | | | |
| **Scott & Maria McNay 100 Oakmont Lane #410 Clearwater, FL 33756** | | J | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Sehwani Enterprises, Inc. Attn: Davey M. Sehwani 1069 Central Ave. Sarasota, FL 34236** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Shaukat H. Chowdhari 5818 Neal Dr. Tampa, FL 33617** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Shawkat H. Kero 18108 Peragrene Perch # 208 Lutz, FL 33558** | - | | | | X | X | X | Unknown |

Sheet no. __36__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,      Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SID Holdings of Florida, Inc 13799 Park Blvd. #302 Seminole, FL 33776 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Smith/Barnes Architecture, Inc 815 S. Howard Ave. Tampa, FL 33606 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Stephan Walters 2805 Old Bayshore Way Tampa, FL 33611 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Storm Group Florida. LLC 1901 Iowa Ave. NE Saint Petersburg, FL 33703 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Susan L. Millard 5910 Cherry Oak Dr. Valrico, FL 33594 | - | | | | X | X | X | Unknown |

Sheet no. __37__ of __43__ sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)       0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Patrick J Sheppard**_____ ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Breach of Contract/ Indebtedness  Lawsuit | | | | |
| **TAC Realty II, LLC c/o David E. Platte, Esq. 603 Indian Rocks Road Clearwater, FL 33756** | | J | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Tamboli Family LTD Partnership 76 Martinique Ave. Tampa, FL 33606** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **TAMPA TRUMP 4002 LLC Attn: Tom Kudirka 11063 S. Memorial Dr. Suite 520 Tulsa, OK 74133** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **TBE Group 380 Park Place Suite 300 Clearwater, FL 33759** | | - | | | | | Unknown |
| Account No. | | | | | | | |
| **Terrance Collins 10744 Cory Lake Dr. Tampa, FL 33647** | | - | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __**38**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Patrick J Sheppard** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Legal Services** | | | | |
| **The Solomon Law Group** **1881 W. Kennedy Blvd.** **Tampa, FL 33606-1606** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **The Toni Everett Co.** **5000 Bayshore Blvd.** **Tampa, FL 33611** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **The William G. Allen Trust** **17002 Abastros De Avila** **Tampa, FL 33613** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Theresa Markowski** **12536 Highview Dr.** **Jacksonville, FL 32225** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Thomas Bower** **19 Hendricks Isle** **Fort Lauderdale, FL 33301** | - | | | | X | X | X | **Unknown** |

Sheet no. __39__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Thomas Frederick 10705 Lake Alice Cove Odessa, FL 33556 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Thomas R. Warren 17400 Gulf Blvd. Suite C-4 Saint Petersburg, FL 33708 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Tom Bower 19 Hendricks Isle Fort Lauderdale, FL 33301 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Tom Burkett 3385 Old  Keystone Rd. Tarpon Springs, FL 34689 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Treal, LLC 16700 Gulf Blvd. Suite 224 Saint Petersburg, FL 33708 | - | | | | X | X | X | Unknown |

Sheet no. __**40**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trenam, Kemker..PA<br>PO Box 1072<br>Tampa, FL 33601** | - | | | | X | X | X | Unknown |
| Account No. **269**<br><br>**Verizon Florida Inc<br>500 Technology Dr<br>Weldon Spring, MO 63304** | - | | | Opened  8/19/04  Last Active  1/01/08<br>ChargeAccount | | | | 102.00 |
| Account No.<br><br>**Vic Fangio<br>One Winning Dr.<br>Owings Mills, MD 21117** | - | | | | X | X | X | Unknown |
| Account No. **xxxxxxxxxxxx2390**<br><br>**Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040** | - | | | Opened  1/08/05  Last Active 10/01/09<br>ChargeAccount | | | | 946.00 |
| Account No. **8527**<br><br>**Wachovia<br>PO Box 45038- FL0500<br>Jacksonville, FL 32232-5038** | - | | | ChargeAccount | | | | 10,913.00 |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,961.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Patrick J Sheppard**                                                          ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tax Litigation | | | | |
| **Wes & Diane Mcleod** <br> **c/o Anthony A. Dogali, Esq.** <br> **4301 Anchor Plaza Prkwy** <br> **Suite 300** <br> **Tampa, FL 33634-7521** | | J | | X | X | X | Unknown |
| Account No. **xxx9752** | | | Account | | | | |
| **Whirlpool National** <br> **PO Box 532415** <br> **Atlanta, GA 30353-2415** | X | J | | X | | X | Unknown |
| Account No. | | | | | | | |
| **William & Nancy Hendrick** <br> **1007 Wood Street** <br> **Largo, FL 33770** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **William S. Zwick** <br> **8448 Sanderling Rd.** <br> **Sarasota, FL 34242** | | - | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Woods Consulting** <br> **1714 County Road 1** <br> **Suite 22** <br> **Dunedin, FL 34698** | | - | | X | X | X | Unknown |

Sheet no. __42__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Patrick J Sheppard_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Yvonne Frye** **2805 Old Bayshore Way** **Tampa, FL 33611** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __43__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **42,792,489.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Patrick J Sheppard**                                              ,    Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Condo Lease** | **Condo Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Patrick J Sheppard**                                                                 ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Agostino DiGiovanni**<br>**163 Bayside Drive**<br>**Clearwater Beach, FL 33767** | **Colonial Bank**<br>**PO Box 2910**<br>**Largo, FL 33779** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Colonial Bank**<br>**PO Box 2910**<br>**Largo, FL 33779** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Avid Engineering, Inc.**<br>**2300 Curlew Road**<br>**Suite 100**<br>**Palm Harbor, FL 34683** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Nu-Air Manufacturing Co. Inc**<br>**PO Box 15436**<br>**Tampa, FL 33684** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Don's Cabinets & Woodworking**<br>**d/b/a General Cabinets of**<br>**Pasco County**<br>**15801 Archer Street**<br>**Hudson, FL 34667** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Paramount Plumbing by Design**<br>**13475 Chambord Street**<br>**Brooksville, FL 34613** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Daily & Tsagaris, PA**<br>**2555 Enterprise Road**<br>**Suite 10**<br>**Clearwater, FL 33763** |
| **Anclote Point Townhomes, LLC**<br>**701 Spottis Woode Ln**<br>**Clearwater, FL 33756** | **Whirlpool National**<br>**PO Box 532415**<br>**Atlanta, GA 30353-2415** |
| **Daniel Dennehy**<br>**1519 Bass Blvd.**<br>**Dunedin, FL 34698** | **Whirlpool National**<br>**PO Box 532415**<br>**Atlanta, GA 30353-2415** |
| **Daniel Dennehy**<br>**1519 Bass Blvd.**<br>**Dunedin, FL 34698** | **Fifth Third Bank**<br>**201 East Kennedy Blvd.**<br>**18th Floor**<br>**Tampa, FL 33602** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re   **Patrick J Sheppard**                                ,       Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Frank Dagostino<br>c/o Charles Harris, Esq.<br>200 Central Avenue<br>Suite 1600<br>Saint Petersburg, FL 33701 | Donald J. Trump<br>725 Fifth Avenue<br>New York, NY 10022 |
| Howard L. Howell | First Commercial Bank<br>of Tampa Bay<br>Loan Dept.<br>4600 W. Kennedy Blvd.<br>Tampa, FL 33609 |
| Howard L. Howell | Donald J. Trump<br>725 Fifth Avenue<br>New York, NY 10022 |
| Jody Simon<br>c/o Wanda Golson<br>1724 East 5th Avenue<br>Tampa, FL 33605 | Donald J. Trump<br>725 Fifth Avenue<br>New York, NY 10022 |
| Joseph & Kristin Borchers<br>c/o Premium Planning Group<br>13902 N. Dale Mabry Hwy<br>Tampa, FL 33618 | Fifth Third Bank<br>201 East Kennedy Blvd.<br>18th Floor<br>Tampa, FL 33602 |
| Joseph Borchers<br>c/o Premium Planning Group<br>13902 N. Dale Mabry Hwy<br>Tampa, FL 33618 | Whirlpool National<br>PO Box 532415<br>Atlanta, GA 30353-2415 |
| Michael R. Sheeks<br>c/o Larry Crow, Esq.<br>1247 South Pinellas Ave<br>Tarpon Springs, FL 34689 | First Commercial Bank<br>of Tampa Bay<br>Loan Dept.<br>4600 W. Kennedy Blvd.<br>Tampa, FL 33609 |
| Michael R. Sheeks<br>c/o Larry Crow, Esq.<br>1247 South Pinellas Ave<br>Tarpon Springs, FL 34689 | Fifth Third Bank<br>201 East Kennedy Blvd.<br>18th Floor<br>Tampa, FL 33602 |
| Pinellas Marina, LLC<br>343 Causeway Blvd.<br>Dunedin, FL 34698 | Fifth Third Bank<br>201 East Kennedy Blvd.<br>18th Floor<br>Tampa, FL 33602 |
| Robel Bayview, LLC<br>701 Spottis Woode Ln<br>Clearwater, FL 33756 | Fifth Third Bank<br>201 East Kennedy Blvd.<br>18th Floor<br>Tampa, FL 33602 |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Codebtors

In re    **Patrick J Sheppard**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Lyons**<br>**12891 74th Avenue North**<br>**Seminole, FL 33776** | **Donald J. Trump**<br>**725 Fifth Avenue**<br>**New York, NY 10022** |
| **Three Old Men, LLC**<br>**701 Spotis Woode Lane**<br>**Clearwater, FL 33756** | **Colonial Bank**<br>**PO Box 2910**<br>**Largo, FL 33779** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Patrick J Sheppard**                                        Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **1,250.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,250.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,250.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **1,250.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor Applying for Social Security**

B6J (Official Form 6J) (12/07)

In re  **Patrick J Sheppard**_____  Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 875.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 200.00 |
|                b. Water and sewer | | $ | 0.00 |
|                c. Telephone | | $ | 120.00 |
|                d. Other  **Mobile Phone** | | $ | 160.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 60.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|                a. Homeowner's or renter's | | $ | 0.00 |
|                b. Life | | $ | 30.00 |
|                c. Health | | $ | 0.00 |
|                d. Auto | | $ | 110.00 |
|                e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|                (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|                a. Auto | | $ | 726.00 |
|                b. Other | | $ | 0.00 |
|                c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **Personal Care Products and Services** | | $ | 25.00 |
|      Other  **Tolls** | | $ | 20.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,151.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,250.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,151.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,901.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Patrick J Sheppard**                                                                    Case No.
                                                    Debtor(s)         Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**62**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 22, 2009**                          Signature   **/s/ Patrick J Sheppard**
                                                                                 **Patrick J Sheppard**
                                                                                 Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Patrick J Sheppard**
_____
Debtor(s)

Case No. _____
Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$67,666.00** | **2007: Wages** |
| **$21,194.00** | **2008: Wages** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$25,848.00** | **2007: Interest** |

2

| AMOUNT | SOURCE |
|---|---|
| **$39,387.00** | **2007: Capital Gain** |
| **$1,027.00** | **2008: Interest** |
| **$152,845.00** | **2008: Capital Gain** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kerry Hulley** | **3/2009** | **$3,000.00** | **$0.00** |
| **Daughter** | | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Scott McNay et al. vs. SimDag/Robel, LLC et al. 09-109764-7** | **Breach of Contract** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Bryon Wolf vs. Jody Simon et al. 09-08231 Div A** | **Breach of Contract** | **13th Circuit Hillsborough County, Florida** | **Stayed** |
| **Jerry Barnet et al. vs. Frank Dagostino et al. 08-18386-K** | **Breach of Contract** | **13th Circuit Hillsborough County, Florida** | **Stayed** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jugal Taneja et al. vs. Simdag/Robel, LLC et al. 07-CA-013162** | **Other Negligence** | **13th Circuit Hillsborough County, Florida** | **Stayed** |
| **Mid-Continent Casualty Company vs. S&H Associates, Inc. et al.** | **Breach of Contract** | **County Court Pinellas County, Florida** | **Stayed** |
| **Jeffrey Wechter vs. S&H Associates, Inc et al. 09-1570-CI** | **Breach of Contract** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Colonial Bank vs. Patrick Sheppard et al. 2009-CA-12172** | **Breach of Contract** | **13th Circuit Hillsborough County, Florida** | **Stayed** |
| **Ernest L. Smith vs. Simdag/Robel Partners et al. 08-CA-10407** | **Breach of Contract** | **13th Circuit Hillsborough County, Florida** | **Stayed** |
| **Cordoba at Beach Park Condo Association, Inc. vs. Patrick Sheppard et al. 09-04924-J** | **Breach of Contract** | **13th Circuit Hillsborough County, Florida** | **Stayed** |
| **Anclote Point Townhomes Homeowners Association, Inc. vs. Patrick J. Sheppard et al. 09-003732-CI-007** | **Breach of Contract** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Bettmar, Inc. vs. Patrick Sheppard et al. 09-003710-CI-020** | **Breach of Contract** | **6th Circuit Pinellas County, FLorida** | **Stayed** |
| **Fifth Third Mortgage Company vs. Patrick J. Sheppard 08-013649-CI-07** | **Foreclosure** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Fifth Third Bank vs. Patrick J. Sheppard et al. 09-12456-CI-15** | **Foreclosure** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Fifth Third Mortgage Company vs. Patrick J. Sheppard et al. 08-13486** | **Foreclosure** | **6th Circuit Pinellas County, Florida** | **Stayed** |
| **Bank of New York, as Trustee for the CertificatHolders of CWMBS 2004-15 vs. Patrcik Sheppard et al. 2008-018056-CI-15** | **Foreclosure** | **6th Circuit Pinellas County, Florida** | **Judgment** |
| **American Express Bank, FSP vs. Patricj Sheppard 09-11183C04** | **Breach of Contract** | **County Court, Pinellas County** | **Stayed** |
| **Donald Trump vs. Patrick SHeppard et al.** | | | |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
    property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
    filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9. Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **B&B Law Group 280 Crystal Grove Blvd. Lutz, FL 33548** | **9/28/2009** | **$1,360.00** |

**10. Other transfers**

None  ☐  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Robert & Patricia Campana** **None** | **8/12/09** | **Single Family Home 854 Harbor Island Clearwater, FL** **Lot 59, Unit 7C, Units 6D, 7A, 7C, Island Estates of Clearwater, according to Plat Book 64, Page 1, of Offical Records of Pinellas County, Florida.** |
| **Northern Trust, NA 525 Indian Rocks Road Largo, FL 33770** **None** | **2/18/09** | **Condo Unit 401 of Brightwater Point Condominium, Recorded in the Offical Records Book 15360, Page 780, of the Public Records of Pinellas County, Florida, together with the Use of Boat Slip #4.** |
| **Darrin & Katherine McAllister** **None** | **4/30/08** | **Single Family Home 311 Magnolia Dr, CLearwater, FL** **Lot 98 and the West 30' of Lot 96, Harbor Oaks, according to the Plat thereof, as recorded in the Plat Book 3, at Page 65, of the Offical Records of Pinellas County, Florida.** |

None  ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Northern Trust Bank** | **Checking Account - $0.00** | **$0.00 - 3/2009** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **854 Harbour Island Clearwater, FL** | **Patrick J Sheppard** | **3/2005-3/2007** |
| **205 Brightwater Dr. #401 Clearwater, FL** | **Patrick J Sheppard** | **6/2008-2/2009** |
| **311 Magnolia Dr. Clearwater, FL 33756** | **Patrick J Sheppard** | **3/2007-12/2007** |

7

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐      a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Clearwater Jazz Holiday Foundation, Inc.** | | | **Community Music Foundation** **0% Owner; Director** | **2003 - Present** |
| **Brightwater Cove, LLC** | | | **Real Estate Development** **33% Owner; Manager** | **2003 - 2007** |
| **Brightwater Point, LLC** | | | **Real Estate Development** **25% Owner; Manager** | **2003 - 2008** |
| **Robel Simdag, LLC** | | | **Real Estate Development** **10% Owner; Manager** | **2004 - 2006** |
| **Robel Group, LLC** | | | **Holding Co (Never Used)** **50% Owner; Manager** | **2004 - 2006** |
| **S & S Marinas, LLC** | | | **Never Operated** **50% Owner; Manager** | **2006 - 2007** |
| **Marker Group, LLC** | | | **Real Estate** **100% Owner; Manager** | **2006 - 2009** |
| **Marker Group 2, LLC** | | | **Never Used** **100% Owner; Manager** | **2006 - 2009** |
| **Light Energy Systems, Inc.** | | | **Lighting** **25% Owner; Manager** | **1995- 2000** |
| **Purtec Systems, Inc.** | | | **Water Filters** **100% Owner; Manager** | **1996 - 2005** |
| **S&H Associates, Inc.** | | | **Construction** **50% Owner; Manager** | **1996 - 2006** |
| **Medcom Facilities, Inc.** | | | **Real Estate Development** **50% Owner; Manager** | **1997 - 2008** |
| **Brightwater Cove Homeowners Association** | | | **HOA** **0% Owner; Agent** | **2004 - Present** |
| **Anclote Point Townhomes, LLC** | | | **Real Estate Development** **33% Owner; Member** | **2003 - Present** |
| **Clearwater Cay, LLC** | | | **Never Operated** **100% Owner; Manager** | **2003 - 2004** |
| **Robel Bayview, LLC** | | | **Real Estate Development** **25% Owner; Member** | **2004 - Present** |
| **Robel Realty, LLC** | | | **Real Estate** **50% Owner; Manager** | **2004 - 2009** |
| **Robel Investments, LLC** | | | **Real Estate Development** **50% Owner; Member** | **2004 - Present** |
| **Robel of Tampa, LLC** | | | **Real Estate Development** **20% Owner; Member** | **2004 - 2008** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Robel Marina, LLC** | | | **Real Estate Development** **49% Owner; Manager** | **2006 - Present** |
| **Terra Realty Management, Inc.** | | | **Real Estate** **100% Owner; Manager** | **2002 - 2004** |
| **Gale Force Int'l, LLC** | | | **Food Wholesale** **50% Owner; Director** | **2007 - 2009** |
| **Blast Cookies, LLC** | | | **Never Operated** **0% Owner; Director** | **2009 - Present** |
| **KAS Global, LLC** | | | **Never Operated** **0% Owner; Director** | **2009 - Present** |
| **Monavie** | | | **Juice Distributor** | **2009 - Present** |
| **Three Old Men, LLC** | | | **Condo Rental** **33% Owner; Member** | **2005 - Present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                DATE ISSUED

10

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **December 22, 2009**                          Signature     **/s/ Patrick J Sheppard**
                                                                   **Patrick J Sheppard**
                                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Patrick J Sheppard** _____   Case No. _____
                                                                                            Debtor(s)                    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Anclote Point Townhomes HOA** | **Single Family Home** |
|  | **362 Coquina Dr.** |
|  | **Tarpon Springs, FL 34689** |

Property will be (check one):
  ■Surrendered                              ☐Retained

If retaining the property, I intend to (check at least one):
  ☐Redeem the property
  ☐Reaffirm the debt
  ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐Claimed as Exempt                        ■Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Anclote Point Townhomes HOA** | **Single Family Home** |
|  | **1182 Starfish Ln.** |
|  | **Tarpon Springs, FL 34689** |

Property will be (check one):
  ■Surrendered                              ☐Retained

If retaining the property, I intend to (check at least one):
  ☐Redeem the property
  ☐Reaffirm the debt
  ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐Claimed as Exempt                        ■Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Colonial Bank** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**12147 Cordoba Beach Dr.**<br>**Tampa, FL** |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Cordoba at Beach Park COA** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**12147 Cordoba Beach Dr.**<br>**Tampa, FL** |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Diane Nelson, CFC** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**1182 Starfish Ln.**<br>**Tarpon Springs, FL 34689** |

Property will be (check one):
■ Surrendered      □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                                            Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Diane Nelson, CFC** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**362 Coquina Dr.**<br>**Tarpon Springs, FL 34689** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Doug Beldon** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**12147 Cordoba Beach Dr.**<br>**Tampa, FL** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**1182 Starfish Ln.**<br>**Tarpon Springs, FL 34689** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**362 Coquina Dr.**<br>**Tarpon Springs, FL 34689** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Infiniti Fin Svcs** | **Describe Property Securing Debt:**<br>**2008 Infiniti FX 35**<br>**28,000 Miles** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **December 22, 2009**          Signature   **/s/ Patrick J Sheppard**
                                                   **Patrick J Sheppard**
                                                   Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re    **Patrick J Sheppard** _____    Case No. _____

                                                                  Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **December 22, 2009** _____      **/s/ Patrick J Sheppard** _____

                                                                         **Patrick J Sheppard**
                                                                       Signature of Debtor

Patrick J Sheppard
17720 Gulf Blvd. #400
Saint Petersburg, FL 33708

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Avid Engineering, Inc.
2300 Curlew Road
Suite 100
Palm Harbor, FL 34683

William T. Bonner, Esq.
B&B Law Group
280 Crystal Grove Blvd.
Lutz, FL 33548

Amex
Po Box 981535
El Paso, TX 79998-1535

Barrett Smith
315 Plant Ave.
Tampa, FL 33606

ADAJA Properties, LLC
Attn: Don Baruch
218 E. Bearss Ave.
Suite 405
Tampa, FL 33613

AMEX
c/o Zwicker & Assoc
3030 Hartley Road
Suite 150
Jacksonville, FL 32257

BB Lyons, Trump Tower, LLC
Gregory L. Greshman
PO Box 1029
Lutz, FL 33548

Adele Yunger
6411 E. McLaurin Dr.
Tampa, FL 33647

Anclote Point Townhomes HOA
c/o Ronald E. Cotterhill
PO Box 172727
Tampa, FL 33672-0727

BB&T Mortgage
PO Box 2467
Greenville, SC 29602-2467

Agostino DiGiovanni
163 Bayside Drive
Clearwater Beach, FL 33767

Anclote Point Townhomes, LLC
701 Spottis Woode Ln
Clearwater, FL 33756

Becker & Poliakoff, PA
PO Box 9057
Fort Lauderdale, FL 33310-9057

Alan Bridges
371 Channelside Walkway Dr.
#1902
Tampa, FL 33602

Antonio Tarver
4701 Rue Bordeaux
Lutz, FL 33558

Benjamin P. Benvenuti
3507 Bayshore Blvd. # 1702
Tampa, FL 33629

Alex Petro
2785 Bayside Dr. S.
Saint Petersburg, FL 33705

April Hollis
2626 Barcelona Dr.
Fort Lauderdale, FL 33301

Benjamin P. Benvenuti
404 Laurel Park Place
Seffner, FL 33584

Alfredo Miguel
1820 10th St. West
Kirkland, WA 98033

Arroyo Holdings, LLC
Attn: Ilan Brand
2914 E. Katella Ave.
Suite 204
Orange, CA 92867

Bettmar, Inc.
c/o Theo J. Karaphillis
1253 Park Street
Clearwater, FL 33756

Alton Rodgers
3435 Bayshore Blvd. # 1701S
Tampa, FL 33611

Ashley Moody
13A Federal Court House
801 N. Florida Ave.
Tampa, FL 33602

Bill Muir
20110 Gulf Blvd. #1005
Indian Rocks Beach, FL 33785

Boiler Enterprises Florida,
Attn: Michael Alstott
7800 9th Ave. S.
Saint Petersburg, FL 33707

Brooke & Laney, LLC
Attn: Huey Floyd
8309 Vallejo Place
Tampa, FL 33614

Bryon Wolf
c/o Thomas G. Long
601 Bayshore Blvd.
#700
Tampa, FL 33606-2756

BST Investments
Attn: Betsy Trimble
6161 N. Berkeley Blvd.
Milwaukee, WI 53217

Bureau Of Collection R
7575 Corporate Way
Eden Prairie, MN 55344

Burge Holdings
Attn: Allena Burge
3387 Crescent Oaks Blvd.
Tarpon Springs, FL 34688

Carmen Inclan
4511 Longfellow
Tampa, FL 33629

Carpets by French, Inc.
1007 N. Fort Harrison Avenue
Clearwater, FL 33755

Case Atlantic Company
1130 Annapolis Road
2nd Floor
Odenton, MD 21113

Catherine E. Gouze
345 Bayshore Blvd. #1208
Tampa, FL 33606

Charlene Shink
12536 Highview Dr.
Jacksonville, FL 32225

Chase
Po Box 15298
Wilmington, DE 19850-5298

Cheri Rodgers Jaensch
4195 S. Shade Ave.
Sarasota, FL 34231

Chidi Ahanotu
2614 Sylvan Ramble Ct.
Wesley Chapel, FL 33543

Chidi Ahanotu
1000 South Harbour Island Bl
#2611
Tampa, FL 33602

Christopher T. O'Brien
5910 Cherry Oak Dr.
Valrico, FL 33594

City of Tampa
107 N. Franklin St.
Tampa, FL 33602

Clifford Williams
10744 Cory Lake Drive
Tampa, FL 33647

Clips, LLC
Attn: Richard Collins
12010 Marblehead Dr.
Tampa, FL 33626

Colonial Bank
32 Commerce St
Montgomery, AL 36104

Colonial Bank
PO Box 2910
Largo, FL 33779

Condo Lease

Construction Srvcs Florida
1112 Pinehurst Road
Tarpon Springs, FL 34689

Cordoba at Beach Park COA
c/o Paul T. Hinckley
150 N. Westmonte Drive
Altamonte Springs, FL 32714

Craig Barclay
430 Morton Plant Street
Clearwater, FL 33756

Daily & Tsagaris, PA
2555 Enterprise Road
Suite 10
Clearwater, FL 33763

Daniel Dennehy
1519 Bass Blvd.
Dunedin, FL 34698

David Allen Brown
4375 Bridgehaven Dr.
Smyrna, GA 30080

Don's Cabinets & Woodworking
d/b/a General Cabinets of
Pasco County
15801 Archer Street
Hudson, FL 34667

Elizabeth Heyaime-King
14984 SW 40th St.
Fort Lauderdale, FL 33331

David E. Platte, Esq.
603 Indian Rocks Road
Clearwater, FL 33756

Donald J. Trump
725 Fifth Avenue
New York, NY 10022

Ellen Strahlman
One River Place Apt 2612
New York, NY 10036

David Hooks
1701 Golf View Drive
Clearwater, FL 33756

Doug Beldon
Tax Collector
2506 Falkenburg Road
Tampa, FL 33619

Eric Panico
14768 San Marsala Ct.
Tampa, FL 33626

David J. Kim
535 Harbor Dr. N.
Indian Rocks Beach, FL 33785

Douglas J. Rhoten
12038 Hunting Crest
Prospect, KY 40059

Ernest Smith
c/o Jospeh Thresher
400 North Tampa Street
#1320
Tampa, FL 33602

Deborah E. Rodgers
3435 Bayshore Blvd. #1701S
Tampa, FL 33611

Driggers Engineering Service
12220 49th Street N.
Clearwater, FL 33762

F & H Real Estate Inv. Group
Attn: James B. Fine
1359 80th St. S.
Saint Petersburg, FL 33707

Decks & Docks
1281 Court Street
Clearwater, FL 33756

Dwight John Halligan
2614 Sylvan Ramble Ct.
Wesley Chapel, FL 33543

FG Johnson 1998 Trust
c/o Deana R. Goad, Trustee
5123 Virginia Way, Ste C-22
Brentwood, TN 37027

Dennis Crum
12038 Hunting Crest
Prospect, KY 40059

Eden Lane Properties
12713 Hunting Horn Court
Potomac, MD 20854

Fifth Third Bank
38 Fountain Square Plz
Cincinnati, OH 45202

Diane Nelson, CFC
Pinellas Co Tax Collector
PO Box 1729
Clearwater, FL 33757

Edward Proefke
PO Box 1215
Dunedin, FL 34698

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263

Digital Lightbridge, LLC
11902 Little Rd.
New Port Richey, FL 34654

Elaine Lucadano
17400 Gulf Blvd. Suite C-4
Saint Petersburg, FL 33708

Fifth Third Bank
201 East Kennedy Blvd.
18th Floor
Tampa, FL 33602

Fifth Third Bank
PO Box 700457
Dallas, TX 75370

Fifth Third Bank
c/o Erskine & Fleisher
55 Weston Road
Suite 300
Fort Lauderdale, FL 33326

Finke Brother, Inc.
360 La Hacienda Dr.
Indian Rocks Beach, FL 33785

First Commercial Bank
of Tampa Bay
Loan Dept.
4600 W. Kennedy Blvd.
Tampa, FL 33609

Fisher & Associates
2315 Belleair Road
Clearwater, FL 33764

Florida Default Law Group
9119 Corporate Lake Drive
Suite 300
Tampa, FL 33634

Frank Burkett
3385 Old Keystone Rd.
Tarpon Springs, FL 34689

Frank Dagostino
c/o Charles Harris, Esq.
200 Central Avenue
Suite 1600
Saint Petersburg, FL 33701

Frank Varollo, John Borelli,
and Ronald Cunnigham
3637 Oak Rd.
Vineland, NJ 08360

Fred & Deana Goad
14 Carmel Lane
Brentwood, TN 37027

Fred & Deana Goad JTWRSS
5123 Virginia Way
Suite C-22
Brentwood, TN 37027

Gary Voytik
3500 Willow Oak Circle
Cleveland, TN 37312

Geroge Galiouridis
10744 Cory Lake Dr.
Tampa, FL 33647

Glenn Marconini Johnson
14 Carmel Lane
Brentwood, TN 37027

Gregory McCoskey
PO Box 3333
Tampa, FL 33601

Gregory P. Rodgers
2118 Royal Fern Ct.
Longwood, FL 32779

H2O Front Investment, LLC
7700 W. Camino Real
Suite 400
Boca Raton, FL 33433

Hemvarnsgarden-Lemshaga
Ingaro
Sweden 13461

Homes with Nancy, LLC
Attn: Nancy Lyons
9530 94th Street
Seminole, FL 33777

Howard Howell
701 Spottis Woode Lane
Clearwater, FL 33756

Howard L. Howell

Infiniti Fin Svcs
990 W 190th St
Torrance, CA 90502

Integrated Properties, LLC
150 153rd Ave. Suite 303
Saint Petersburg, FL 33708

Interiors by Sharman
Belleair Bazar
2949 West Bay Drive
Largo, FL 33770

James Domesek, M.D.
2626 Barcelona Dr.
Fort Lauderdale, FL 33301

James Gardner
1955 Jefferson Davis Hwy
Suite 201
Fredericksburg, VA 22401

James S. Moody III
13A Federal Court House
801 N. Florida Ave.
Tampa, FL 33602

James S. Moody Jr.
13A Federal Court House
801 N. Florida Ave.
Tampa, FL 33602

James Slatton
2807 Old Bayshore Way
Tampa, FL 33611

Jay D.R. Magner
2121 Park Crescent Dr.
Land O Lakes, FL 34639

Jean Shahnasarian
3414 W. Linebaugh Ave.
Tampa, FL 33618

Jeff Italiano
3021 Swann Ave.
Tampa, FL 33609

Jeffrey Barnett
c/o Tirso M. Carreja
501 E. Kennedy Blvd.
#1700
Tampa, FL 33602

Jeffrey Conn Sr.
856 Saints Dr.
Marietta, GA 30068

Jeffrey Wechter
c/o William Baumann
8601 4th Street N.
#104
Saint Petersburg, FL 33702

Jennwell Corp.
2830 Broadway Center Blvd.
Brandon, FL 33510

Jerry Barnett
1820 10th St. West
Kirkland, WA 98033

Jerry Wunsch
18 Sunset Bay Dr.
Clearwater, FL 33756

Jim Pyne
Treal, LLC
265 Anne Marie Ct.
Hinckley, OH 44233

Jim Pyne
265 Anne Marie Ct.
Hinckley, OH 44233

Jody Simon
c/o Wanda Golson
1724 East 5th Avenue
Tampa, FL 33605

Joe Gazzo
2807 Old Bayshore Way
Tampa, FL 33611

Joe Shultz
12038 Hunting Crest
Prospect, KY 40059

John Ahern
13105 Vanderbilt Dr. #803-4
Naples, FL 34110

John Disbrow
2807 Old Bayshore Way
Tampa, FL 33611

John Howell
8276 Sand Dollar Dr.
Fort Collins, CO 80528

John Robbins
232 Maiden Ln.
Durham, CT 06422

John Weaver
14984 SW 40th St.
Fort Lauderdale, FL 33331

Jon Gazzo
2807 Old Bayshore Way
Tampa, FL 33611

Jose Inclan
7858 Prairie Cir.
Littleton, CO 80124

Joseph & Kristin Borchers
c/o Premium Planning Group
13902 N. Dale Mabry Hwy
Tampa, FL 33618

Joseph Borchers
c/o Premium Planning Group
13902 N. Dale Mabry Hwy
Tampa, FL 33618

Joshua Halpern
6411 E. McLaurin Dr.
Tampa, FL 33647

Jugal & Manju Taneja
c/o Constance W. Papas
GrayRobinson, PA
PO Box 3324
Tampa, FL 33601-3324

Ken Dilger
10403 Windemere
Carmel, IN 46032

Louis Ricci Jr, Joe Schultz,
and NLR T, LLC
3982 County Hwy 30A West
Seminole, FL 33776

Matt Stinchcomb
3206 W. San Jose St.
Tampa, FL 33629

Kenneth Olipra
861 Harbour Island
Clearwater Beach, FL 33767

LR Penny Associates, Inc.
10730 102nd Avenue North
Saint Petersburg, FL 33708

Michael D. Dinkel
17619 Deer Isle Cir.
Winter Garden, FL 34787

Kevin Brodsky
3907 Bayshore Blvd.
Tampa, FL 33611

MAC Realty Investment
118 Rolling Hill Rd.
Skillman, NJ 08558

Michael R. Carey
Carey, O'Mally
712 So. Oregon Ave
Tampa, FL 33606

Kosto & Rotella, PA
619 East Washington Street
Orlando, FL 32802

MacFarlane, Fergusson & McMu
625 Court Street
Clearwater, FL 33756

Michael R. Sheeks
c/o Larry Crow, Esq.
1247 South Pinellas Ave
Tarpon Springs, FL 34689

Laurence M. Millard
5910 Cherry Oak Dr.
Valrico, FL 33594

Mandeep Taneja
6950 Bryan Dairy Rd
Seminole, FL 33777

Michael Shahnasarian
3414 W. Linebaugh Ave.
Tampa, FL 33618

Leonard E. Rodgers
2118 Royal Fern Ct.
Longwood, FL 32779

Market Hooks, Inc.
501 S. Ft. Harrison Ave.
Suite 212
Clearwater, FL 33756

Michael Sheeks
c/o Larry Crow, Esq.
1247 S. Pinellas Ave
Tarpon Springs, FL 34689

Liberty Bank
PO Box 119
Clearwater, FL 33757

Martha Alexander
18911 Lakes Edge Way
Odessa, FL 33556

Michael Sheeks
1660 Sparkling Court
Dunedin, FL 34698

Liberty Newton Falls, Inc.
Attn: Raxit N. Shah
4055 Belmont Ave.
Youngstown, OH 44505

Mary Ann Stiles
315 Plant Ave.
Tampa, FL 33606

Mid-Continent Casualty Co
c/o Bruce Schiller
5944 Coral Ridge Dr.
#208
Pompano Beach, FL 33076

Logan Mitchell
10744 Cory Lake Dr.
Tampa, FL 33647

Matt Geiger
3385 Old Keystone Rd.
Tarpon Springs, FL 34689

Miguel Alfredo
c/o Tirso Carreja
501 E. Kennedy Blvd.
#1700
Tampa, FL 33602

Mike O'Hara
1370 Gulf Blvd. #504
Clearwater Beach, FL 33767

Mr. & Mrs. Monte Kiffin
16200 Gulf Blvd.
Saint Petersburg, FL 33708

Nothern Trust, NA
525 Indian Rocks Road
Largo, FL 33770-2015

MOREYA
Najeeba Khan
462 NW Lake Valley Terrace
Lake City, FL 32055

Mr. & Mrs. P.K. Paul
11447 Royal Dr.
Brooksville, FL 34601

Nu-Air Manufacturing Co. Inc
PO Box 15436
Tampa, FL 33684

Mr. & Mrs Todd Yoder
1580 Beach Ave.
Atlantic Beach, FL 32233

Mr. & Mrs. Pete Pierson
19130 Beckette Dr.
Odessa, FL 33556

Paramount Plumbing by Design
13475 Chambord Street
Brooksville, FL 34613

Mr. & Mrs. Art P. Caruso
5713 E. Longboat Blvd.
Tampa, FL 33615

Mr. & Mrs. Steve Aaron
8820 N. Lake Dasha Dr.
Fort Lauderdale, FL 33324

Patricia Gonzalez
1955 Jefferson Davis Hwy.
Suite 201
Fredericksburg, VA 22401

Mr. & Mrs. Gerald R. Palmer
7906 Frost Crystal Ct.
Fairfax Station, VA 22039

Mr. & Mrs. Wes McCleod
19012 Chemille Dr.
Lutz, FL 33558

Patricia Moody
13A Federal Court House
801 N. Florida Ave.
Tampa, FL 33602

Mr. & Mrs. James R. Frederic
408 South Banana River Rd.
Cocoa Beach, FL 32931

Mr. & Mrs. William A. Gillen
3507 Bayshore Blvd. #902
Tampa, FL 33629

Patrick Rodgers
4195 S. Shade Ave.
Sarasota, FL 34231

Mr. & Mrs. Jay McLaughlin
1098 Savage St.
Southington, CT 06489

Mr. and Mrs. John R. Vento
12925 Castlemain Drive
Tampa, FL 33626

Paul Sorbera
380 Lexington Ave.
New York, NY 10168

Mr. & Mrs. Jugal K. Taneja
6950 Brian Dairy Rd.
Seminole, FL 33777

Naik Family Limited Ptrsp
407 Saint Andrews Dr.
Clearwater, FL 33756

Peter Defreitas
1551 NW 82nd Ave.
Suite 246-442
Miami, FL 33126

Mr. & Mrs. Mandeep Taneja
12399 Belcher Rd. S. #140
Largo, FL 33773

Najeeba Khan
462 NW Lake Valley Terr
Lake City, FL 32055

Pinellas Marina, LLC
343 Causeway Blvd.
Dunedin, FL 34698

Poodles Limited Ptnrshp
Attn: Alan Gassman
1245 Court St. # 102
Clearwater, FL 33756

Punit R. Shah
5901 Sun Blvd.
Suite 104
Saint Petersburg, FL 33715

Redington Shores Estates
Development Co.
Attn: Stephen J. Page/Mgr
20001 Gulf Blvd. Suite 5
Indian Rocks Beach, FL 33785

Ricky Hutcheson
3500 Willow Oak Cir.
Cleveland, TN 37312

Robel Bayview, LLC
701 Spottis Woode Ln
Clearwater, FL 33756

Robel/Bayview, LLC
701 Spottis Woode Lane
Clearwater, FL 33756

Robert G. Hisaoka
1175 Orlo Dr.
Mc Lean, VA 22102

Robert Gesmeyer
3507 Bayshore Blvd. #1702
Tampa, FL 33629

Robert Hisaoka
1175 Orlo Drive
Mc Lean, VA 22102

Robert Lyons
1490 Donegan Rd
Largo, FL 33779

Robert Lyons
12891 74th Avenue North
Seminole, FL 33776

Robin Howell
701 Spottis Woode Lane
Clearwater, FL 33756

Ron Yutrenka
c/o Tirso Carreja
501 E. Kennedy Blvd.
#1700
Tampa, FL 33602

Ron Yutrzerka
1820 10th St. West
Kirkland, WA 98033

Rosanna Schanne
232 Maiden Ln.
Durham, CT 06422

RPI Media
265 Racine Dr.
Suite 201
Wilmington, NC 28403

Rudolph Alexander
18911 Lakes Edge Way
Odessa, FL 33556

Ryan Hooks
856 Saints Dr.
Marietta, GA 30068

S & E Properties, LLC
Attn: Stephan J. Page/ Mgr
20001 Gulf Blvd. # 5
Indian Rocks Beach, FL 33785

Schultz & NLR, TLLC
5 Grand Ave.
Santa Rosa Beach, FL 32459

Schweitzer Family LTD Ptrsp
208 Driftwood Ln.
Largo, FL 33770

Scott & Maria McNay
100 Oakmont Lane
#410
Clearwater, FL 33756

Sehwani Enterprises, Inc.
Attn: Davey M. Sehwani
1069 Central Ave.
Sarasota, FL 34236

Shaukat H. Chowdhari
5818 Neal Dr.
Tampa, FL 33617

Shawkat H. Kero
18108 Peragrene Perch # 208
Lutz, FL 33558

SID Holdings of Florida, Inc
13799 Park Blvd.
#302
Seminole, FL 33776

Sisco-Law
PO Box 3382
Tampa, FL 33601-3382

Smith/Barnes
Architecture, Inc
815 S. Howard Ave.
Tampa, FL 33606

The Solomon Law Group
1881 W. Kennedy Blvd.
Tampa, FL 33606-1606

Tom Bower
19 Hendricks Isle
Fort Lauderdale, FL 33301

Stephan Walters
2805 Old Bayshore Way
Tampa, FL 33611

The Toni Everett Co.
5000 Bayshore Blvd.
Tampa, FL 33611

Tom Burkett
3385 Old  Keystone Rd.
Tarpon Springs, FL 34689

Storm Group Florida. LLC
1901 Iowa Ave. NE
Saint Petersburg, FL 33703

The Trump Organization
c/o Alan G. Garten, Esq.
725 Fifth Avenue
New York, NY 10022

Treal, LLC
16700 Gulf Blvd.
Suite 224
Saint Petersburg, FL 33708

Susan L. Millard
5910 Cherry Oak Dr.
Valrico, FL 33594

The William G. Allen Trust
17002 Abastros De Avila
Tampa, FL 33613

Trenam, Kemker..PA
PO Box 1072
Tampa, FL 33601

TAC Realty II, LLC
c/o David E. Platte, Esq.
603 Indian Rocks Road
Clearwater, FL 33756

Theresa Markowski
12536 Highview Dr.
Jacksonville, FL 32225

US AmeriBank
PO BOx 1158
Largo, FL 33779-1158

Tamboli Family LTD
Partnership
76 Martinique Ave.
Tampa, FL 33606

Thomas Bower
19 Hendricks Isle
Fort Lauderdale, FL 33301

Verizon Florida Inc
500 Technology Dr
Weldon Spring, MO 63304

TAMPA TRUMP 4002 LLC
Attn: Tom Kudirka
11063 S. Memorial Dr.
Suite 520
Tulsa, OK 74133

Thomas Frederick
10705 Lake Alice Cove
Odessa, FL 33556

Vic Fangio
One Winning Dr.
Owings Mills, MD 21117

TBE Group
380 Park Place
Suite 300
Clearwater, FL 33759

Thomas R. Warren
17400 Gulf Blvd. Suite C-4
Saint Petersburg, FL 33708

Visdsnb
9111 Duke Blvd
Mason, OH 45040

Terrance Collins
10744 Cory Lake Dr.
Tampa, FL 33647

Three Old Men, LLC
701 Spotis Woode Lane
Clearwater, FL 33756

Wachovia
PO Box 45038- FL0500
Jacksonville, FL 32232-5038

Wes & Diane Mcleod
c/o Anthony A. Dogali, Esq.
4301 Anchor Plaza Prkwy
Suite 300
Tampa, FL 33634-7521


Whirlpool National
PO Box 532415
Atlanta, GA 30353-2415


William & Nancy Hendrick
1007 Wood Street
Largo, FL 33770


William S. Zwick
8448 Sanderling Rd.
Sarasota, FL 34242


Woods Consulting
1714 County Road 1
Suite 22
Dunedin, FL 34698


Yvonne Frye
2805 Old Bayshore Way
Tampa, FL 33611

# United States Bankruptcy Court
## Middle District of Florida

In re   **Patrick J Sheppard**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,360.00 |
| Prior to the filing of this statement I have received | $ | 1,360.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Cliff Livingston**

4.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 22, 2009**

**/s/ William T. Bonner, Esq.**
**William T. Bonner, Esq. 0662720**
**B&B Law Group**
**280 Crystal Grove Blvd.**
**Lutz, FL 33548**
**813-949-6008**

B22A (Official Form 22A) (Chapter 7) (12/08)

In re    **Patrick J Sheppard**
_____
                              Debtor(s)

Case Number: _____
                              (If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises.** |
| ■ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Unless the exclusion in Line 1C applies, joint debtors may complete a single statement.  If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐**Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ■**Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**. <br><br> ☐**Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>         a. ☐ was called to active duty after September 11, 2001, for a period of at least 90 days and <br>            ☐ remain on active duty /or/ <br>            ☐ was released from active duty on _____, which is less than 540 days before this bankruptcy case was <br>        filed; <br><br>            OR <br><br>         b. ☐ am performing homeland defense activity for a period of at least 90 days /or/ <br>            ☐ performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than <br>            540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's Income | **Column B**<br><br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $</td><td>Spouse $</td></tr></table> | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>$</td><td>$</td></tr></table><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ |
|---|---|---|

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____  b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | | $ |
|---|---|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | |
| | a. | | $ | |
| | b. | | $ | |
| | c. | | $ | |
| | d. | | $ | |
| | Total and enter on Line 17 | | | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ |
|---|---|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                              4

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.**<br><br>| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. | Net mortgage/rental expense | Subtract Line b from Line a. | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |<br>| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><br>| a. | IRS Transportation Standards, Ownership Costs | $ |<br>| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |<br>| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> | $ |
| | Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ | |
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| | | |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ Yes ☐ No |
| | | | Total: Add Lines | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | $ |

| a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |  |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |  |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date:  **December 22, 2009**          Signature:  **/s/ Patrick J Sheppard** <br><br> **Patrick J Sheppard** <br> *(Debtor)* |
|---|---|