UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                              :

PATRICK SHEPPARD       ,                            Case No. 8:09-bk-29612-CPM

      Debtor.                                       :
_____/

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned hereby appears for Donald J. Trump ("Trump"), as creditor and party in interest, and under, inter alia, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Jennifer Hayes
Foley & Lardner LLP
100 N. Tampa Street, Ste. 2700
Tampa, Florida 33602
Telephone No. (813) 229-2300
Fax No. (813) 221-4210

PLEASE TAKE NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including TRUMP with

respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by TRUMP  Jennifer Hayes of Foley & Lardner LLP requests that her name be added to the mailing matrix.

PLEASE TAKE NOTICE that TRUMP intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) TRUMP's right to have final orders in noncore matters entered only after do novo review by a District Judge, (2) TRUMP's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) TRUMP's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which TRUMP is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments TRUMP expressly reserves.

/s/ Jennifer Hayes  
Jennifer Hayes, Esq/  
Florida Bar No. 017325  
FOLEY & LARDNER LLP  
100 N. Tampa Street, Suite 2700  
Tampa, Florida  33602  
(813) 229-2300  

Attorneys for TRUMP

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following on this 3rd day of March: Patrick J Sheppard, 17720 Gulf Blvd. #400, Saint Petersburg, FL 33708; William T Bonner, Esq., B & B Law Group, 280 Crystal Grove Blvd, Lutz, FL 33548; Shari Streit Jansen, P.O. Box 50667, Sarasota, FL 34232; Lynn Welter, Esq., Shutts & Bowen LLP, 100 South Ashley Drive, Suite 1500, Tampa, FL 33602; U.S. Trustee, United States Trustee - TPA7, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602.

                                                      /s/ Jennifer Hayes
                                                              Attorney